**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Carole Harper,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 3:24-cv-00449-ART-CLB<br><br>**ORDER GRANTING**<br><br>**Stipulation to Extend United States'**<br>**Deadline to Respond to DBSI's Motion**<br>**to Intervene**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 26-3, Defense Base Services ("DBSI") and the United States of America request and stipulate to extending the United States' deadline to respond to DBSI's Motion to Intervene from January 20, 2026, to **February 6, 2026**. *See* ECF No. 33. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). On January 8, 2026, undersigned counsel emailed counsel for DBSI to propose this extension, to which counsel for DBSI agreed without objection.

On January 6, 2026, DBSI filed a motion to intervene. ECF No. 33. Undersigned counsel's supervisor in this case, however, will be on medical leave beginning January 9, 2026, through the end of the month. Additionally, the United States needs to coordinate with agency counsel to obtain the necessary underlying documentation to respond to this motion to intervene. The United States has good cause to request this brief 17-day extension of time. This is the United States' first request to extend a responsive pleading deadline.

/ / /

Respectfully submitted this 9th day of January 2026.

BREMER WHITE BROWN & O'MEARA LLP

*/s/ Michael D. Maupin*
MICHAEL D. MAUPIN
KAREN M. BAYTOSH
50 W. Liberty Suite 1090
Reno, NV 89501

*Attorneys for DBSI*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nicole Leibow*
NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101

*Attorneys for the United States of America*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: January 13, 2026

2