**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Carole Harper, | Case No. 3:24-cv-00449-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Stipulation to Extend United States' Deadline to Respond to DBSI's Motion to Intervene** |
| United States of America, | |
| Defendant. | **(Second Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 26-3, Defense Base Services ("DBSI") and the United States of America request and stipulate to extending the United States' deadline to respond to DBSI's Motion to Intervene by seven (7) days. Accordingly, the new deadline for the United States' response would be **February 13, 2026**. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). On January 26, 2026, undersigned counsel emailed counsel for DBSI to propose this extension, to which counsel for DBSI agreed without objection.

On January 6, 2026, DBSI filed a motion to intervene. ECF No. 33. On January 13, 2026, this Court granted the parties' first stipulation to extend the United States' deadline to respond to DBSI's Motion to Intervene from January 20, 2026, to February 6, 2026. *See* ECF No. 35. However, the United States still needs additional time to coordinate with agency counsel to obtain the necessary underlying documentation to respond to this motion

to intervene. Additionally, undersigned counsel has two competing deadlines that week, including motion for summary judgment due February 2, 2026.

Therefore, the United States has good cause to request this brief one-week extension of time. This is the United States' second request to extend a responsive pleading deadline.

Respectfully submitted this 26th day of January 2026.

| | |
|---|---|
| BREMER WHITE BROWN &<br>O'MEARA LLP | SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Michael D. Maupin*<br>MICHAEL D. MAUPIN<br>KAREN M. BAYTOSH<br>50 W. Liberty Suite 1090<br>Reno, NV 89501 | */s/ Nicole Leibow*<br>NICOLE R. LEIBOW<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |
| *Attorneys for DBSI* | *Attorneys for the United States of America* |

**IT IS SO ORDERED.**

**Anne R. Traum**
**United States District Judge**

**Dated: January 27, 2026**