**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Carole Harper, | Case No. 3:24-cv-00449-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Stipulation to Extend United States' Deadline to Respond to DBSI's Motion to Intervene** |
| United States of America, | |
| Defendant. | **(Third Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 26-3, Defense Base Services ("DBSI") and the United States of America request and stipulate to extending the United States' deadline to respond to DBSI's Motion to Intervene by fifteen (15) days. Accordingly, the new deadline for the United States' response would be **March 2, 2026.**[1] The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). On February 5, 2026, undersigned counsel emailed counsel for DBSI to propose this final extension, and on February 9, 2026, counsel for DBSI agreed.

On January 6, 2026, DBSI filed a motion to intervene. ECF No. 33. On January 13, 2026, this Court granted the parties' first stipulation to extend the United States' deadline to respond to DBSI's Motion to Intervene from January 20, 2026, to February 6, 2026. ECF No. 35. On January 27, 2026, the Court granted the parties' second brief stipulation to

---

[1] March 1, 2026, is a Sunday. *See* Fed. R. Civ. P. 6(a).

extend the United States' deadline to respond to DBSI's Motion to Intervene from February 6, 2026, to February 13, 2026. ECF No. 37.

The Court found good cause for both stipulations as the United States needed additional time to coordinate with agency counsel to obtain the necessary underlying documentation to respond to this motion to intervene. The United States now requests an additional fifteen (15) days to respond to DBSI's motion for intervention (ECF No. 33) because it just received the required agency documentation and it needs additional time to evaluate such information to prepare a response to the motion for intervention. Good cause for the additional extension exists because the United States has actively sought the necessary documents from the agency to respond to the DBSI's motion for intervention.

This is the United States' third request to extend a responsive pleading deadline.

Respectfully submitted this 9th day of February 2026.

BREMER WHITE BROWN & O'MEARA LLP

/s/ Michael D. Maupin
MICHAEL D. MAUPIN
KAREN M. BAYTOSH
50 W. Liberty Suite 1090
Reno, NV 89501

*Attorneys for DBSI*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Nicole Leibow
NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101

*Attorneys for the United States of America*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:  February 9, 2025

2