**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Carole Harper, | Case No. 3:24-cv-00449-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Stipulation to Extend United States' Deadline to Reply to Plaintiff's Response (ECF No. 45)** |
| United States of America, | |
| Defendant. | **(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1, Plaintiff Carole Harper and the United States of America request and stipulate to extending the United States' deadline to reply to Plaintiff's Response (ECF No. 45) by fourteen (14) days. Accordingly, the new deadline for the United States' reply would be **April 17, 2026**. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). On March 27, 2026, the parties agreed to a fourteen-day extension because undersigned AUSA will be on medical leave for the full week of March 30 and then will need to handle several competing deadlines upon her return, including responses in habeas cases.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for the United States to reply to Plaintiff's Response (ECF No. 45) to **April 17, 2026**. This is the first request for an extension of time for the United States to reply to Plaintiff's Response (ECF No. 45). This request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 27th day of March 2026.

GOLIGHTLY & VANNAH PLLC

/s/ John B. Greene
JOHN B. GREENE
Nevada Bar No. 4279
5555 Kietzke Lane, Ste. 150
Reno, Nevada 89511

*Attorney for Plaintiff*

TODD BLANCHE
Deputy U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Nicole Leibow
NICOLE R. LEIBOW
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: March 30, 2026

2