TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NICOLE R. LEIBOW
Assistant United States Attorney
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carole Harper, | Case No. 3:24-cv-00449-ART-CLB |
| Plaintiff, | **Order Granting Stipulation to Extend United States' Deadline to Reply to Plaintiff's Response (ECF No. 55)** |
| v. | |
| United States of America, | **(First Request)** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1, Plaintiff Carole Harper and the United States of America request and stipulate to extending the United States' deadline to reply to Plaintiff's Response (ECF No. 55) by seven (7) days. Accordingly, the new deadline for the United States' reply would be **May 11, 2026**. The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). The parties agreed to a seven-day extension because undersigned AUSA has several conflicting deadlines, including responses in habeas cases, and needs additional time to coordinate with the agency.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for the United States to reply to Plaintiff's Response (ECF No. 55) to **May 11, 2026**.

/ / /

This is the first request for an extension of time for the United States to reply to Plaintiff's Response (ECF No. 55). This request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 4th day of May 2026.

GOLIGHTLY & VANNAH PLLC

/s/  John B. Greene
JOHN B. GREENE
Nevada Bar No. 4279
5555 Kietzke Lane, Ste. 150
Reno, Nevada 89511

*Attorney for Plaintiff*

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Nicole Leibow
NICOLE R. LEIBOW
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  May 5, 2026**

2